IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

EDWARD S. DALLAND; and
LYNETTE A. DALLAND,

                        Plaintiffs,

                                                    Civil Action No.
        vs.                                         1:09-CV-01220 (NAM/DRH)

DEERE & COMPANY, ET AL.

                        Defendants,
_____

**Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

        Pursuant to the Report of the Mediator filed on May 23, 2011, the Court has been advised

that this action has been settled, or is in the process of being settled.  Counsel has also advised the

Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to

N.D.N.Y.L.R. 68.2(a), it is hereby

        ORDERED, as follows:

        1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to

re-opening upon the motion of any party within thirty days of the date of the filing of this order

upon a showing that the settlement was not consummated;

        2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-

first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within

thirty days of the date of filing of this order upon a showing that the settlement was not

consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: May 24, 2011

Norman A. Mordue
Chief United States District Court Judge

2